**ORDERED ACCORDINGLY.**

***The Clerk shall close this adversary file.***

**Dated: September 11, 2017**

**Brenda K. Martin, Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BABB AND BABB, LLC dba MIJO'S MEXICAN KITCHEN,<br><br>Debtor. | (Chapter 7 Case)<br><br>Case No. 2:17-bk-06274-BKM<br><br>***Adv. No. 2:17-ap-00496-BKM*** |
| DAVID A. BIRDSELL, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTAS FUNDING, LLC, a Connecticut limited liability company,<br><br>Defendant. | **JUDGMENT** |

Upon the default of Libertas Funding, LLC ("**Defendant**") and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That Plaintiff, David A. Birdsell, Chapter 7 Trustee ("**Plaintiff**"), is hereby granted judgment against Defendant in the principal sum of $7,827.26;

2. That Plaintiff is hereby awarded reasonable attorneys' fees and costs in the amount of $500.00.

**IT IS FURTHER ORDERED** that there is no just cause for delay and pursuant to Federal Rule of Bankruptcy Procedure 7054(b), the Court directs entry of the judgment as final judgment.

**SIGNED AND DATED ABOVE**